IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARGARET DAVIS, | * |
| Plaintiff, | * |
| v. | Case No.  7:23-cv-109 (HL) |
| | * |
| ROCKET MORTGAGE, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of January, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk